DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEATHER MARKOWITZ; JILL MARKOWITZ; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-1963-SJO-FFM<br><br>ASSIGNED FOR ALL PURPOSES TO Judge S. James Otero<br><br>JUDGMENT |

# [PROPOSED] JUDGMENT

Pursuant to the Joint Stipulation for Entry of Judgment Against Jill Markowitz, jointly submitted by Plaintiff William J. Hoffman ("Receiver"), Court-appointed permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates (the "Receivership Entites"), and Defendants Heather Markowitz and Jill Markowitz, and good cause appearing therefor, the Court hereby enters judgment against Jill Markowitz and in favor of the Receiver as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Judgment is hereby entered in favor of the Receiver and against Jill Markowitz, in the amount of $352,010.00, on the alleged claim for fraudulent transfer under California's Uniform Voidable Transactions Act, Cal. Civ. Code section 3439, *et seq.*;

2. Execution on this judgment may issue immediately notwithstanding the provisions of FRCP Rule 62 or any other similar provision of law; and

3. Judgment to bear interest at the statutory rate.

Dated: February 16, 2017

*S. James Otero*
_____
S. James Otero
Judge, United States District Court